**SHAKED LAW GROUP, P.C.**
ATTORNEYS-AT-LAW
14 HARWOOD COURT, SUITE 415
SCARSDALE, NEW YORK 10583

_____

TEL.  (917) 373-9128
ShakedLawGroup@Gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __2/28/2024__

February 28, 2024

Hon. Mary kay Vyskocil
United State District Judge
500 Pearl Street
New York, NY 10007

Re:   **Justin Bullock v. Garnea, LLC**
      **Case No. 23-cv-10666-MKV**
      **Letter Motion to Extend Deadline to Respond to Request for Pre-Motion Conf.**

> A full response to the pre-motion letter is not needed. The Court GRANTS Defendant leave to file a motion to dismiss and GRANTS Plaintiff leave to amend, if he wishes, before such a motion is filed. By March 13, 2024, Plaintiff shall file a letter stating whether he intends to amend. If so, the amended complaint is due March 22, 2024, and Defendant shall respond within 14 days. If Defendants responds with a motion to dismiss, further briefing shall proceed on the schedule set forth in in Local Civil Rule 6.1(b). If Plaintiff elects not to amend, the MTD is due March 22, 2024.
>
> Date: Feb 28, 2024        /s/ Mary Kay Vyskocil
> New York, New York        Mary Kay Vyskocil
>                           United States District Judge

Dear Judge Vyskocil:

I represent the Plaintiff in the above-referenced action. This motion seeks to extend Plaintiff's time to file its position letter in opposition to defendant's request for a pre-motion conference with regard to defendant's contemplated motion to dismiss in accordance with Your Honor's Individual Rules of Practice in Civil Cases Rule 4(A)(i).

Defendant moved to extend its deadline to respond to the Complaint and said request was granted on January 29, 2024 [Dkt. 8], setting forth a deadline of February 26, 2024. Defendant elected to file its request for a pre-motion conference on February 26 at 10:56 p.m., a mere hour and four minutes prior to its deadline to do so.

I scheduled a (much needed) vacation from February 29 – March 8 and respectfully request that the deadline to respond to the pre-motion letter be extended to March 13, 2024. I need to review whether the grounds set forth in defendant's letter have any merit and whether an amendment to the Complaint would cure any of the alleged deficiencies. As Your Honor has previously stated, "[w]hen a complaint is dismissed for lack of standing, courts generally give the plaintiff leave to file an amended complaint." *Cromitie v. Imperial Wholesale, Inc.*, No. 22-cv-06919 (MKV), 2023 WL 5390437 (S.D.N.Y. Aug. 22, 2023) *citing Dominguez v. Grand Lux Café LLC*, No. 19-cv-10345, 2020 WL 3440788 *4 (S.D.N.Y. June 22, 2020).

Therefore, Plaintiff respectfully requests that the deadline for filing its opposition to defendant's request for a pre-motion conference be extended to March 13, 2024.

No prior request for this relief has been made.

Very truly yours,
*/s/Dan Shaked*
Dan Shaked

cc: Counsel for Defendant (via ECF)